JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMOS CHASSON, ) | Case No. CV 17-5819-SVW (JPR) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

    Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice to Petitioner's refiling it as a civil-rights lawsuit.

DATED: November 15, 2017

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE